# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAV. DIV.
JAN 25 AM 10: 43
CLERK _KW_
SO. DIST. OF GA.

| | |
|---|---|
| ANTHONY WRIGHT,           ) | |
|                           ) | |
|     Petitioner,           ) | |
|                           ) | |
| v.                        ) | Case No. CV606-82 |
|                           ) | |
| JOHN TERWILLINGER, Warden,) | |
|                           ) | |
|     Respondent.           ) | |

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 25 day of Jan, 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA